# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

DEREK LITTLE,

     Plaintiff,

v.                      CASE NO.  4:13cv441-RH/CAS

HOSPITAL HOUSEKEEPING SYSTEMS,
LLC,

     Defendant.

_____/


## NOTICE ON EXPECTED JURY INSTRUCTIONS

     The parties should expect the jury instructions to allow recovery based on a *good-faith* complaint of a violation *by the employer*.  By special interrogatory, the jury will also determine whether the complaint was of an *actual* violation.

     SO ORDERED on May 16, 2014.

                  s/Robert L. Hinkle_____
                  United States District Judge